CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2011

JULIA C. ___, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal Case No. 5:01cr30058-4** |
| ) | |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| **EDWARD GALLARZA.** ) | **By: Samuel G. Wilson** |
| ) | **United States District Judge** |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Gallarza's petition (Docket No. 454) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the § 2255 motion shall be and hereby is **DISMISSED** without prejudice as successive; and the case is hereby **STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 27th day of July, 2011.

_____
United States District Judge